**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**

| | |
|---|---|
| **MARGARET M. MORSE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No: 6:08-01365-RBH |
| vs. ) | |
| ) | ORDER |
| **MICHAEL J. ASTRUE,** ) | |
| **COMMISSIONER OF SOCIAL** ) | |
| **SECURITY ADMINISTRATION,** ) | |
| ) | |
| Defendant, ) | |
| _____) | |

On July 24, 2009, Counsel for the Plaintiff, Margaret M. Morse, filed a motion for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. The motion seeks reimbursement for counsel's representation in the captioned matter in the amount of $4,620.34 for fees (26.9 hours at $171.76 per hour), $7.00 for costs and $16.00 for expenses. Defendant has filed a Response indicating its agreement to paying these amounts. The Court has reviewed Counsel's fee petition and the signed fee agreement that was submitted with the petition, and finds Counsel's request for fees reasonable. Accordingly,

IT IS ORDERED that Plaintiff's motion for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, be granted in the amount of $4,620.34 for fees and $23.00 for costs and expenses.

Florence, SC                                s/ R. Bryan Harwell

August 13, 2009                             R. BRYAN HARWELL

                                            UNITED STATES DISTRICT JUDGE